**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Sandra L. Scalese | Social Security number or ITIN   xxx–xx–0611 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–13146–JNP | |

## Order of Discharge                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Sandra L. Scalese

4/8/19                                                           **By the court:** Jerrold N. Poslusny Jr.
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-13146-JNP
Sandra L. Scalese                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin               Page 1 of 2              Date Rcvd: Apr 08, 2019
                              Form ID: 3180W           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
```
db              +Sandra L. Scalese,    1796 Joel Street,     Vineland, NJ 08361-2536
aty              Paul V. Buonaguro,    Division of Law,    RJ Hughes Justice Complex,    25 Market St,,
                   PO Box 106,    Trenton, NJ 08625-0106
cr              +Division of Taxation, State of New Jersey,    P.O. Box 245,    Trenton, NJ 08695-0245
cr              +Specialized Loan Servicing LLC,    P.O. BOX 9013,    Addison, TX 75001-9013
cr              +Specialized Loan Servicing LLC, as servicing agent,    C/O Buckley Madole, P.C.,
                   99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
515345541       +Anthony D'Ambry Auto Repair,    308 Mashall Ave.,    Blackwood, NJ 08012-3071
515345550       +HSBC Bank Nevada,    c/o Main Street Acquisition Corp.,    2877 Paradise Road   Ste 303,
                   Las Vegas, NV 89109-5239
515345552       +Makes Cents Inc,    PO Box 10,    Parshall, ND 58770-0010
515345557     ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,    LITTLETON CO 80163-6005
                (address filed with court: Specialized Loan Servicing,     PO Box 266005,    Littleton, CO 80163)
515448844      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                  Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
515345555        Silver Cloud Financial Inc,    635 East Hw3y 20 C,    Upper Lake, CA 95485
515345556       +Simplexity,    SKO Brenner American,    841 Merrick Road,    Baldwin, NY 11510-3331
515345559        State of New Jersey,    Division of Taxation,    PO Box 445,    Trenton, NJ 08695-0445
516556646       +THE BANK OF NEW YORK MELLON ,    SERIES 2006-21,    c/o Shellpoint Mortgage Servicing,
                   PO Box 10826,    Greenville, SC 29603-0826
516556647       +THE BANK OF NEW YORK MELLON ,    SERIES 2006-21,    c/o Shellpoint Mortgage Servicing,
                   PO Box 10826,    Greenville, SC 29603,    THE BANK OF NEW YORK MELLON , SERIES 20,
                   c/o Shellpoint Mortgage Servicing 29603-0826
515395077       +The Bank of New York Mellon,    Attn Specialized Loan Servicing LLC,
                   8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 00:13:16      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 00:13:13      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
515345540       +EDI: AMEREXPR.COM Apr 09 2019 03:48:00      American Express,    PO Box 981537,
                   El Paso, TX 79998-1537
515558591        EDI: BECKLEE.COM Apr 09 2019 03:48:00      American Express Centurion Bank,
                   c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515510232       +EDI: ATLASACQU.COM Apr 09 2019 03:48:00      Atlas Acquisitions LLC,    294 Union St.,
                   Hackensack, NJ 07601-4303
515345542       +EDI: TSYS2.COM Apr 09 2019 03:48:00      Barclays Bank Delaware,    125 South West Street,
                   Wilmington, DE 19801-5014
515439572       +E-mail/Text: bncmail@w-legal.com Apr 09 2019 00:13:25      CERASTES, LLC,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515345543        EDI: CAPITALONE.COM Apr 09 2019 03:48:00      Capital One,    PO Box 70884,
                   Charlotte, NC 28272-0884
515345544        EDI: CAPITALONE.COM Apr 09 2019 03:48:00      Capital One Bank,    PO Box 70884,
                   Charlotte, NC 28272-0884
515345545        EDI: CAPITALONE.COM Apr 09 2019 03:48:00      Capital One Bank USA,    PO Box 30281,
                   Salt Lake City, UT 84130-0281
515499158       +EDI: BASSASSOC.COM Apr 09 2019 03:48:00      Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
                   3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
515345546       +EDI: WFNNB.COM Apr 09 2019 03:48:00      Comenity Bank/Chadwicks,    PO Box 182789,
                   Columbus, OH 43218-2789
515345547        EDI: RCSFNBMARIN.COM Apr 09 2019 03:48:00      Credit One Bank,    PO Box 60500,
                   City Of Industry, CA 91716-0500
515345548       +E-mail/Text: bknotice@ercbpo.com Apr 09 2019 00:13:19      Enhanced Recovery Corp.,
                   8014 Bayberry Road,    Jacksonville, FL 32256-7412
515345549       +EDI: HFC.COM Apr 09 2019 03:48:00      HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
515345551       +EDI: RESURGENT.COM Apr 09 2019 03:48:00      LVNV Funding,    PO Box 10584,
                   Greenville, SC 29603-0584
515345553       +EDI: RESURGENT.COM Apr 09 2019 03:48:00      Marin,   c/o LVNV Funding LLC,    PO Box 10497,
                   Greenville, SC 29603-0497
515345554       +EDI: MID8.COM Apr 09 2019 03:48:00      Midland Funding,    8875 Aero Drive   Ste 200,
                   San Diego, CA 92123-2255
515564349        EDI: PRA.COM Apr 09 2019 03:48:00      Portfolio Recovery Associates, LLC,    POB 41067,
                   Norfolk,VA 23541
515573940        EDI: PRA.COM Apr 09 2019 03:48:00      Portfolio Recovery Associates, LLC,    c/o Chadwick's,
                   POB 41067,    Norfolk VA 23541
515584414        EDI: PRA.COM Apr 09 2019 03:48:00      Portfolio Recovery Associates, LLC,
                   c/o Dell Financial Services, LLC,    POB 41067,    Norfolk VA 23541
515585387        EDI: RESURGENT.COM Apr 09 2019 03:48:00      PYOD LLC,    c/o Shellpoint Mortgage Servicing,
                   P.O. Box 10826,    Greenville, SC 29603-0826
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Apr 08, 2019
                              Form ID: 3180W          Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515345558       EDI: AGFINANCE.COM Apr 09 2019 03:48:00      Springleaf Financial Services,   PO Box 742536,
                 Cincinnati, OH 45274-2536
515345560      +EDI: VERIZONCOMB.COM Apr 09 2019 03:48:00      Verizon,    PO Box 26055,
                 Minneapolis, MN 55426-0055
515345561      +EDI: VERIZONCOMB.COM Apr 09 2019 03:48:00      Verizon Wireless,   Po Box 26055,
                 Minneapolis, MN 55426-0055
515345562      +EDI: PRA.COM Apr 09 2019 03:48:00      Webbank,   c/o Portfolio Recovery,    120 Corporate Blvd,
                 Norfolk, VA 23502-4952
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS Inc., Asset-Backed Certificates, Series
               2006-21 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Eric    Clayman    on behalf of Debtor Sandra L. Scalese jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders
               of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC
               NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Kevin P. Diskin    on behalf of Creditor    Specialized Loan Servicing LLC
               NJ_ECF_Notices@McCalla.com
              Stephanie F. Ritigstein    on behalf of Debtor Sandra L. Scalese jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
                                                                                              TOTAL: 8
```